## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FRIEND ENTERPRISES LLC,
a Delaware limited liability company,

     Plaintiff,

**25 - 1 4 5 8**

v.               Civil Action No. _____

BED MADE EZ, LLC (dissolved), d/b/a "Bed MadeEZ";
CKI 2712218 LLC;
RIDGE WALLET LLC;
CASTLE FIT CORPORATION;
ZLUMBER LLC,

     Defendants.

## COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT

### I. NATURE OF THE ACTION

1. This action is brought under the Declaratory Judgment Act, 28 U.S.C. §§ 1331, 1338, 2201–2202, and the Patent Act, 35 U.S.C. §§ 271, 282. Plaintiff's products sold on Amazon.com do not infringe any patent or other intellectual-property right owned or asserted by Defendants.

2. Defendants caused Amazon.com to remove five (5) of Plaintiff's product listings by submitting infringement complaints alleging violations of their respective patents.

3. Defendants' IP complaints to Amazon resulted in suspension of Plaintiff's listings.

4. Amazon requires a federal court order to reinstate those listings.

5. An actual, and immediate controversy exists, satisfying the requirements of *MedImmune, Inc. v. Genentech, Inc.,* 549 U.S. 118 (2007).

6. Plaintiff seeks declaratory relief establishing that its products do not infringe any asserted patents, restoring its ability to lawfully conduct business, and preventing Defendants from submitting further improper takedown notices.

## II. JURISDICTION AND VENUE

7. This Court has subject-matter jurisdiction under 28 U.S.C. § 1338(a).

8. Declaratory-judgment jurisdiction exists under 28 U.S.C. §§ 2201–2202.

9. Venue is proper under 28 U.S.C. §§ 1391(b)–(c) and 1400(b) because:

   a. Plaintiff resides and conducts substantial business in this District;

   b. Defendants directed enforcement activity causing injury here; and

   c. Plaintiff's Amazon listings were accessible nationwide, including in this District.

## III. THE PARTIES

10. Plaintiff Friend Enterprises LLC is a Delaware limited-liability company with its principal place of business at 1100 Waters Edge Drive, Newark, DE 19702. Plaintiff operates as an Amazon merchant under Merchant ID: A1Y77MBTOCBJ7J.

11. Defendant Bed Made EZ, LLC (dissolved), d/b/a "Bed MadeEZ" is a Florida limited-liability company, and is the assignee of U.S. Patent No. 8,191,191.

12. Defendant CKI 2712218 LLC is a Florida limited-liability company, and a successor or related entity associated with Bed MadeEZ.

13. Defendant Ridge Wallet LLC is a California limited-liability company, and is the assignee of U.S. Design Patent No. D1036852, issued July 30, 2024.

14. Defendant Zlumber LLC is a Florida limited-liability company, and is the assignee of U.S. Patent No. 12,390,016, issued August 19, 2025.

15. Defendant Castle Fit Corporation is a Georgia corporation, and has asserted U.S. Patent No. 11,383,119, issued July 12, 2022, against Plaintiff.

## IV. FACTUAL BACKGROUND AND DISPUTE

### A. ASIN B0DTGY823C – "Secure Friend Slim RFID Wallet with AirTag"

16. On August 6, 2025, Ridge Wallet LLC, through Gina Johnson (gina@ridge.com), claimed Plaintiff's product infringed U.S. Design Patent No. D1036852.

17. Plaintiff's wallet uses a different ornamental configuration: rounded corners, an integrated AirTag recess, different fastener placement, and a multi-layer composite exterior absent from the '852 design.

18. Plaintiff purchases the Secure Friend Slim RFID Wallet with AirTag from Shenzhen Ango Commerce S & T Co., Ltd., who is an authorized manufacturer with full commercial documentation.

19. The Secure Friend wallet is ornamentally distinct from the '852 Patent: it features a circular AirTag recess, altered perimeter geometry, reconfigured fasteners, and distinctive cutout features. *See Gorham Co. v. White*, 81 U.S. 511, 528 (1871).

20. Despite these distinctions, Defendants submitted infringement complaints to Amazon.

21. Amazon suspended Plaintiff's ASINs and denied reinstatement absent a federal court order.

22. Plaintiff has exhausted Amazon's internal dispute mechanisms without relief.

23. Plaintiff brings this action to resolve the controversy and restore its commercial rights. *See Exhibit A.*

**B. ASIN B0FJGHTP7G – "Wedge Friend 2 Pack Mattress Lifter & Sheet Tucking Tool"**

24. On August 25, 2025, Bed Made EZ, LLC (amy.alfth@healthguard.com) alleged infringement of U.S. Patent No. 8,191,191.

25. The accused Wedge Friend tools operate on different mechanical principles and have structural differences: Plaintiff's product is a one-piece polyurethane foam wedge lacking the patented handle mechanism and lever geometry claimed in the '191 patent.

26. Plaintiff sources the Wedge Friend Mattress Lifter from Yiwu HLD Commodity Manufactory Co., Ltd., pursuant to a valid Letter of Authorization dated August 26, 2025.

27. The Wedge Friend omits several required claim limitations of the '191 patent, including the handle and lever structure. *See Laitram Corp. v. Rexnord, Inc.*, 939 F.2d 1533 (Fed. Cir. 1991).

28. The Wedge Friend's design does not contain the handle-lever configuration required by the '191 claims.

*See Exhibit B.*

**C. ASIN B0FCPF9HRH – "Sheet Friend Bed Sheet Grippers / Holders"**

29. On October 30, 2025, Zlumber LLC (legal@zlumber.com) asserted U.S. Patent No. 12,390,016.

30. The Zlumber patent claims a specific clamp assembly with spring-biased jaws.

31. Plaintiff's Sheet Friend uses hook-and-loop straps with flat locking plates and contains no spring element or pivoting jaw. Consequently, the accused product omits required claim limitations and cannot infringe the '016 patent.

*See Exhibit C.*

**D. ASIN B0FGJYG3TY & B0FFHDJZJ4 – Flex Friend Yoga Straps**

32. On October 30, 2025, Castle Fit Corporation, Connor Lynch (connor@lynchllp.com) asserted U.S. Patent No. 11,383,119.

33. Plaintiff's straps are non-elastic woven nylon and lack the elastic looped-band resistance structure required by the '119 claims.

34. Each Defendant's infringement complaint to Amazon caused suspension, lost sales, and reputational harm.

*See Exhibit D.*

**V. CLAIMS FOR RELIEF**

**COUNT I – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S.**

**DESIGN PATENT NO. D1036852 (RIDGE WALLET)**

35. Plaintiff incorporates paragraphs 1–34.

36. The Secure Friend wallet is materially distinct from the '852 Patent and yields a different overall impression to an ordinary observer.

37. Plaintiff seeks a declaratory judgment under 35 U.S.C. § 271 that the Secure Friend wallet does not infringe the '852 Patent.

**COUNT II – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S.**

**PATENT NO. 8,191,191 (BED MADE EZ)**

38. Plaintiff incorporates paragraphs 1–37.

39. The Wedge Friend product lacks multiple required claim limitations of the '191 Patent, including the patented lever geometry, handle configuration, and structural components.

40. Plaintiff seeks a declaratory judgment under 28 U.S.C. § 2201–2202 for declaratory relief counts; 35 U.S.C. § 271 for non-infringement analysis that Wedge Friend does not infringe any valid claim of the '191 Patent.

41. Plaintiff is entitled to a declaration that the Wedge Friend mattress lifter does not infringe the '191 Patent.

**COUNT III – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S.**

**PATENT NO. 11,383,119 (CASTLE FIT)**

42. Plaintiff incorporates paragraphs 1–40.

43. Plaintiff's non-elastic straps lack the elastic resistance structure required by the '119 claims.

44. Plaintiff seeks a declaratory judgment under 28 U.S.C. § 2201–2202 for declaratory relief counts; 35 U.S.C. § 271 for non-infringement analysis that Flex Friend does not infringe any valid claim of the '119 Patent.

45. Plaintiff is entitled to a declaration that the Flex Friend products do not infringe the '119 Patent.

## COUNT IV – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 12,390,016 (ZLUMBER LLC)

46. Plaintiff incorporates paragraphs 1–44.

47. Plaintiff's Sheet Friend product does not include the spring-biased jaw assembly, pivoting clamp system, or compression-based gripping structure claimed in the '016 Patent, and therefore cannot infringe any valid claim of the '016 Patent.

48. Plaintiff is entitled to a declaration that the Sheet Friend bed-sheet grippers/holders do not infringe the '016 Patent.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in its favor and grant the following relief:

A. Declare that the products identified by ASINs B0DTGY823C, B0FJGHTP7G, B0FCPF9HRH, B0FGJYG3TY, and B0FFHDJZJ4 do not infringe U.S. Patents D1036852, 8,191,191, 12,390,016, or 11,383,119;

B. Declare that Plaintiff may lawfully manufacture, distribute, offer for sale, and sell the products identified by the above ASINs, including on Amazon.com and any other e-commerce platforms;

C. Enjoin Defendants from submitting any further infringement notices or takedown requests, or

complaints regarding the ASINs identified above on Amazon.com or any other e-commerce or

online platforms;

D. Award Plaintiff such other relief as the Court deems just and proper;

E. Enter a Temporary Restraining Order (TRO) prohibiting Defendants from interfering with

Plaintiff's sales, listings, or marketing of the products identified by the above ASINs, including

submitting infringement notices to Amazon.com or any other online marketplace;

F. Enter a Preliminary Injunction directing Amazon.com and any relevant e-commerce platforms

to reinstate ASINs B0DTGY823C, B0FJGHTP7G, B0FCPF9HRH, B0FGJYG3TY, and

B0FFHDJZJ4 and prevent further takedown actions without a court order.

Respectfully submitted,
Dated: November 26, 2025

/s/ Michael A. Friend
Michael A. Friend
Friend Enterprises LLC, Pro Se
1100 Waters Edge Dr.
Newark, DE 19702
FriendEnterprises@comcast.net
(302) 285-9685