IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FRIEND ENTERPRISES LLC,
a Delaware limited liability company,

    Plaintiff,

v.      Civil Action No. __ **25 - 1 4 5 8**

BED MADE EZ, LLC (dissolved), d/b/a "Bed MadeEZ";
CKI 2712218 LLC;
RIDGE WALLET LLC;
CASTLE FIT CORPORATION;
ZLUMBER LLC,

    Defendants.



## MOTION FOR AUTHORIZATION TO FILE ELECTRONICALLY (PRO SE)

Plaintiff, Michael A. Friend, representing myself (pro se), respectfully moves this Court for authorization to file documents electronically using the CM/ECF system in the above-captioned case. In support of this motion, Plaintiff states as follows:

1. I am the Plaintiff in this action and am representing myself without counsel.

2. I have a PACER account registered under the following email address: Michaelfriend21@gmail.com.

3. Granting this motion will allow me to efficiently submit filings and receive Notices of Electronic Filing (NEF) in a timely manner.

4. I understand that all filings must comply with the CM/ECF formatting requirements and that authorization to e-file does not waive any procedural or substantive requirements of the Court.

WHEREFORE, Plaintiff respectfully requests that the Court grant permission for me to file electronically in this matter using the CM/ECF system.

Respectfully submitted,
Dated: November 28, 2025

/s/ Michael A. Friend
Michael A. Friend
Friend Enterprises LLC, Pro Se
1100 Waters Edge Dr.
Newark, DE 19702
FriendEnterprises@comcast.net
(302) 285-9685