## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FRIEND ENTERPRISES LLC,
a Delaware limited liability company,

      Plaintiff,

v.                                    Civil Action No. ___ 25 - 1 4 5 8

BED MADE EZ, LLC (dissolved), d/b/a "Bed MadeEZ";
CKI 2712218 LLC;
RIDGE WALLET LLC;
CASTLE FIT CORPORATION;
ZLUMBER LLC,

      Defendants.

### PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Friend Enterprises LLC ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 65, respectfully moves this Court for entry of a Temporary Restraining Order against Defendants Bed Made EZ, LLC (dissolved), d/b/a "Bed MadeEZ"; CKI 2712218 LLC; Ridge Wallet LLC; Castle Fit Corporation; and Zlumber LLC (collectively, "Defendants"). This relief is necessary to prevent ongoing and irreparable harm caused by Defendants' repeated submission of intellectual-property complaints to Amazon.com, which have wrongfully resulted in the takedown of Plaintiff's product listings.

In support of this Motion, Plaintiff incorporates by reference:

1. The accompanying Memorandum of Law in Support of Motion for Temporary Restraining Order;

2. The Declaration of Michael A. Friend and attached Exhibits A–D;

3. The Proposed Temporary Restraining Order submitted herewith; and

4. All pleadings, records, and filings in this action.

**RELIEF REQUESTED**

Plaintiff respectfully requests that the Court enter a Temporary Restraining Order that:

1. Restrains and enjoins Defendants, their officers, agents, attorneys, affiliates, and all persons acting in concert with them from submitting, maintaining, or threatening any infringement complaints or takedown notices to Amazon.com regarding Plaintiff's product listings.

2. Directs Amazon.com to immediately reinstate Plaintiff's product listings associated with the following ASINs:
   - B0DTGY823C
   - B0FJGHTP7G
   - B0FCPF9HRH
   - B0FGJYG3TY
   - B0FFHDJZJ4

3. Orders Defendants to cease further interference with Plaintiff's online marketplace operations pending a hearing on a preliminary injunction.

4. Sets a hearing date for Plaintiff's forthcoming Motion for Preliminary Injunction.

5. Waives or sets minimal security, consistent with Rule 65(c).

**GROUNDS FOR THE MOTION**

Plaintiff seeks immediate injunctive relief because:

- Defendants' IP complaints are false, unsupported, and unlawful;
- Plaintiff's Amazon listings have been wrongfully removed and cannot be restored without court intervention;

- Plaintiff is suffering irreparable harm, including the loss of sales, ranking, goodwill, and marketplace viability;

- The harm to Plaintiff far outweighs any harm to Defendants from temporary relief; and

- The public interest supports preventing abuse of intellectual-property enforcement mechanisms on e-commerce platforms.

## REQUEST FOR EXPEDITED CONSIDERATION

Because Defendants' conduct is causing ongoing and irreversible injury to Plaintiff's business operations on a daily basis, Plaintiff requests that this Motion be considered on an emergency basis.

## CONCLUSION

For these reasons, and those set forth more fully in the accompanying Memorandum of Law, Plaintiff respectfully requests that the Court grant this Motion and issue the Temporary Restraining Order submitted herewith.

Respectfully submitted,
Dated: November 26, 2025

/s/ Michael A. Friend
Michael A. Friend
Friend Enterprises LLC, Pro Se
1100 Waters Edge Dr.
Newark, DE 19702
FriendEnterprises@comcast.net
(302) 285-9685